No. 67647.—Nica Rattner, Inc. *v.* United States, protest 283116–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon frock bodies similar in use to silk underwear and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.